IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Dale Johnson, | No. CV-14-00173-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Rumsey, et al., | |
| Defendants. | |

On January 29, 2014, Plaintiff brought his Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983. On September 30, 2014, the Court ordered service on Defendant Rumsey and directed Plaintiff to return a completed service packet for Defendant Rumsey to the Court within twenty-one days. (Doc. 16.) The September 30, 2014 Order also directed Plaintiff to notify the Court of a change of address in accordance with Local Rule of Civil Procedure 83.3(d). (*Id.* at 6.) Thereafter, there was a series of communications and attempted communications between the Court and Plaintiff concerning the need to return a completed service packet for Defendant Rumsey that included an address at which to serve Defendant Rumsey. Plaintiff has neither responded to the most recent order show cause, (Doc. 22), nor returned a completed service packet to the Court.

United States Magistrate Judge Bridget Bade filed a Report and Recommendation ("R&R") recommending that the Court dismiss this matter without prejudice for failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b). (Doc. 25.) Magistrate Judge

1. Bade advised Plaintiff that he had fourteen days from the date of service of a copy of the
2. R&R to file specific written objections and that failure to object to any factual
3. determination may be considered a waiver of the right to appellate review of the findings
4. of fact in an order or judgment entered pursuant to Judge Bade's recommendation.  There
5. has been no timely objection filed to the R&R.  The Court will accept the R&R and
6. dismiss the case.  Accordingly,

**IT IS ORDERED** accepting and adopting Magistrate Judge Bridget Bade's report and recommendation, (Doc. 25).

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed without prejudice.  The Clerk of the Court is directed to terminate this action.

Dated this 19th day of March, 2015.

Douglas L. Rayes
United States District Judge